UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00089-PMP-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ANGEL OLIVIDIO ESCOBAR-SABALLOS, ) | |
| Defendant. ) | |

On March 21, 2012, the Court received the attached letter from Defendant Escobar-Saballos. As the Defendant's letter was in Spanish, the Court had it translated and hereby directs the filing of both copies.

**IT IS ORDERED** that counsel for the Parties shall file such motions as they deem appropriate in light of the Defendant's letter dated March 19, 2012.

DATED: March 26, 2012.

_____
PHILIP M. PRO
United States District Judge

Case # 2:11cr-0089-PMP

To: Judge Pro.

Your Honor, with all due respect I address this letter to you.

Before anything, I would like to apologize sincerely to you because according to Mr. Perez I wasted a lot of your time and that is why you are all angry with me, you as well as the US Attorney, but let me tell that you my intentions were not to make you lose your valuable time, much less to make you angry

I really cannot understand why you are all angry with me.

The fact that I did not sign an agreement is because it does not seem fair to me to be sentenced to so much time in prison just for being present at that time with the wrong people who involved me in the problem I'm in.

Your Honor, I pleaded guilty because they gave me no other choice, my attorney pushed me to do it because he never helped me properly and for that reason I sent you 4 motions to grant me the opportunity to try another attorney, but you denied them and on the plea of guilty I had to say yes to everithing so I wouldn't make things worse. I still do not understand why you denied them because I see other cases while I have been locked up here, and they give them up to 3 chances at another attorney, I did not ask for three but to get another one would really help me properly, because the truth is I do not have confidence in Mr. Perez because he never did help me, he would only laugh at whatever I told him and he would say there's nothing we can do, like when I told him I had valuable information to give them and he said they were not interested, that they did not want to know anything about me, and it seems strange to me that they do not want to entice more people involved in this business. I am in reality not involved in this business, Your Honor, however, I can help because I know several people outside who have offered me work with them, but I never agreed because I have a family that I respect and love, like my parents and my children, Your Honor, and it hurts me that I am now locked up because of this problem of which I knew nothing, and in any case those unscrupulous people involved me in this filth, that's why I'd like to be able to collaborate with you in trapping those that are doing these things. For example there is the brother of the guy I came with from California, him working happily in this

thing and they have me here locked up without having done anything.

Your honor, like anyone I have made many mistakes in my life which I accept and try to correct step by step but I have never been involved in drug trafficking and this is ruining my future, my life and my dreams and at the same time I look very bad in front of my parents because they never brought me up with such principles and I look bad to my children who see me as a delinquent, which I am not.

Your Honor, perhaps it's a little late to stop my sentencing, bu there is nothing you can't do and you can halt everything because you are the Honorable Judge and you are the one who has the lat word, and if you have the power and the ability to postpone my sentencing if you consider it necessary, and if you take into consideration what I say in this letter, and you can give the chance to make a formal statement of what I know, and you give me the chance to try a new attorney who is willing to really help me, just remember that all has to be confidential for my safety and my family's. The only thing I ask of Justice and for punishment for those actually guilty of these crimes, but, well, your Honor, it's all in your hands and you're the one who decides my future and my innocence, I thank you for your time and once again I apologize if I have wasted your time. Sincerely and with all due respect

Angel Ovidio Escobar Saballos

Caso # 2:11 cr-0089-PMP

To: Juez Pro.                                           3-19-12

Honorable Señor Juez con el devido respeto que usted se merese me dirijo asia usted por medio de la presente.

Antes que todo señor Juez quiero pedirle mis mas sinseras disculpas por que segun el señor Perez dise que yo los ise perder mucho su tiempo y que por eso ustedes estan enojados conmigo tanto usted como el señor fiscal pero dejeme desirle que mis intensiones no son aserlos perder su balioso tiempo ni mucho menos aserlos enojar.

La verdad todavia no termino de entender el porque ustedes estan enojados conmigo.
El echo que yo no les firme ningun trato es por que no me parese justo que me condenen con tanto tiempo de prision nomas por aber estado en el momento y con las personas equibocadas por las cuales me inbolucraron en este problema en el que estoy.
Yo señor Juez me di culpable por que no me dejaron mas obsion. Por un lado el abogado que tengo me orillo aserlo por que nunca me ayudo como deve de ser y por lo mismo le mande 4 mosiones a usted para que me diera la oportunidad de tratar a otro abogado, pero usted me las nego y el dia de la culpabilidad tube que desir si a todo para no empiorar las cosas, todavia no entiendo el porque me lo nego si yo e mirado otros casos durante el tiempo que tengo enserrado aqui y les dan asta 3 oportunidades de otro abogado, yo no le pedi 3 pero si el poder tratar a otro que si me ayudara como deve de ser y que si creera en mi yo la verdad al señor Perez no le tengo confianza por que nunca me ayudo, todo lo que yo le desia el nomas se reia y desia que no ay nada que aser, como cuando yo le dije que tengo imformasion importante para darles me dijo que a ustedes eso no les interesa y que ustedes no quieren saber nada de mi y me extraña que no quieran atrapar mas jente que andan asiendo esos negosios. Yo en realidad señor Juez no tengo que ver en nada de esos negosios mas sin embargo les puedo ayudar por que conosco barias personas afuera —

Que me an ofresido trabajar para ellos pero yo nunca asepte por que yo tengo familia ala cual quiero y respeto mucho como a mis padresitos y a mis hijos señor Juez, y me duele que aora estoy aqui enserrado imbolucrado en este problema el cual yo no sabia nada sin embargo esta gente sin escropulos me enredaron con sus cochinadas, por eso ami me gustaria poder colaborarles a ustedes para que atrapen a los que andan asiendo esas cosas. Como por ejemplo ay esta el hermano del muchacho con el que yo venia de California el trabajando afuera muy agusto en eso y a mi me tienen aqui enserrado sin aver echo nada.

Señor Juez yo e cometido muchos errores en mi vida como cualquiera los cuales asepto y e ido corrijiendo poco a poco pero nunca me e involucrado en asuntos de narco trafico y con esto se me esta arruinando mi futuro, mi vida y mis sueños al igual que estoy quedando muy mal frente a mis padres por que ellos nunca me educaron con esos prinsipios y frente a mis hijos estoy quedando como un delincuente lo cual no lo soy.

Bueno Señor Juez talves sea un poco tarde para detener mi sentencia aunque para usted no ay nada que no se pueda aser y puede detener todo por que usted es el Honorable señor Juez y es quien tiene la ultima palabra y tiene la potestad y el poder para posponer mi sentensia si usted lo considera nesesario y si toma encuenta lo que yo le digo en esta carta y le parese importante y me puede dar la oportunidad de declarar formalmente lo que yo se y la oportunidad de tratar a otro abogado que si este dispuesto a ayudarme nomas que como usted sabe todo tiene que ser confidencial para seguridad de mi vida y la de mi familia Yo lo unico que le pido señor Juez es justicia y que se castige a los verdaderos culpables de cometer estos delitos pero bueno señor Juez en sus manos esta todo y usted es quien deside mi futuro y mi inosensia le agradesco por su tiempo y nuevamente le pido disculpas si lo e echo perder su tiempo. Atentamente con mucho respeto

Angel Ovidio Escobar Saballos
# 45744048

3-19-12

Angel Ovidio Escobar Saballos
#45744048 #3 12 B
2190 E. Mesquite Ave.
Pahrump, NV 89060

Legal Mail

INDIGENT

This correspondence
originated from a
detention facility.
The facility is not
responsible for the
contents herein.

Honorable Juez
Sr. Philip M. Pro
333 Las Vegas Blvd. South
Las Vegas, NV 89101

