1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                               * * *

UNITED STATES OF AMERICA,        )
9                                )
                Plaintiff,       )
10                               )
vs.                              )        2:11-cr-089-PMP-CWH
11                               )
ANGEL OLVIDIO ESCOBAR-SABALLOS,  )
12                               )
                Defendant.       )        **ORDER**
13 _____)

14          Shawn Perez's "Notice of Motion and Motion to Withdraw as Counsel for Defendant Angel

15   Olvidio Escobar Saballos" (#110) was granted pursuant to the order filed April 17, 2012 (#112).

16   Therefore;

17          IT IS HEREBY ORDERED that Mario D. Valencia , Esq. is appointed as counsel for Angel

18   Olvidio Escobar-Saballos in place of Shawn R. Perez, Esq. for the purpose of appeal.

19          IT IS FURTHER ORDERED that Mr. Perez shall forward the file to Mr. Valencia forthwith.

20
21          DATED  this _ 19th day of April, 2012.

22          Nunc Pro Tunc: April 19, 2012.

23                                        _____
24                                        PHILIP M. PRO
                                          United States District Judge
25
26
27
28