2012 MAY -2  P 3:28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANGEL OLVIDIO ESCOBAR-SABALLOS<br><br>　　　　Defendant. | District No.   2:11-CR-089 PMP CWH |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 30, 2012 this court received a transcript order form dated April 30, 2012 requesting a Transcript of the hearing held on June 10, 2011 from Mr. Mario D. Valencia, counsel for the Defendant, Angel Olvidio Escobar-Saballos, in which **a portion of the hearing is sealed.**

　　　　**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant's Counsel.

　　　　**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

　　　　**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

　　　　DATED this ____ day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Philip M. Pro
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge