UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ANGEL OLIVIDIO ESCOBAR-  )<br>SABALLOS, )<br>)<br>Defendant. )<br>) | 2:11-CR-00089-PMP-CWH<br><br>**ORDER** |

For the reasons set forth in the Government's Opposition (Doc. #146) filed January 12, 2013, and good cause appearing,

**IT IS ORDERED** that Defendant Escobar's Motion to Set Aside Administrative Forfeiture (Doc. #142) is **DENIED**.

DATED: January 28, 2013.

_____
PHILIP M. PRO
United States District Judge